AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| | )    Case No.   2:25-MJ-156 |
| | ) |
| Kye Lanham Ohair | ) |
| | ) |
| *Defendant(s)* | |

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
          FILED
      SEP 1 7 2025
CLERK, U.S. DISTRICT COURT
By_____
            Deputy
```

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 8, 2025 _____ in the county of _____ Randall _____ in the _____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 26, United States Code, Section 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Raymie Turner, ATF SA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 9/17/25

*Judge's signature*

City and state: _____ Amarillo, Texas _____

Lee Ann Reno, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Raymie J. Turner, affiant herein, being duly sworn, state that I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), assigned to the Dallas Field Division, Amarillo Satellite Office. I have been employed with the ATF since January 2017. I successfully completed the Criminal Investigator Basic Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) and the Special Agent Basic Training Program (SABT) at the ATF National Academy in Glynco, Georgia. I have earned a Bachelor of Science degree in Criminal Justice from Sam Houston State University in Huntsville, Texas.

As a result of my training, education, and experience, I am familiar with federal laws, including Title 26, United States Code, Section 5861(d), which makes it unlawful for any person to knowingly to receive or possess a short-barreled rifle that is not registered to him in the National Firearms Registration and Transfer Record (NFRTR).

The information contained in this affidavit, is based on my personal knowledge and information provided to me by other law enforcement officers and is provided for the limited purpose of demonstrating probable cause to support the issuance of a criminal complaint. This affidavit; therefore, does not summarize all the facts known to me or other law enforcement agents and officers at this time.

On or about September 8, 2025, Amarillo Police Department (APD) School Resource Officers (SRO) were assigned to Heritage Hills Elementary School due to ongoing issues involving Kye OHAIR trespassing on school property. APD SROs were

notified that if OHAIR returned to the school again, that he should be considered a threat

to the school staff and needed to be arrested for criminal trespass. OHAIR was observed

parking his vehicle on the street near the school. OHAIR left his vehicle running, and he

proceeded to walk approximately 30 feet onto school property. An APD School Resource

Officer made contact and verbally instructed OHAIR to stop. OHAIR quickly walked

away from the officer and toward his vehicle. The SRO followed and informed OHAIR

that he was not allowed to be on the property. OHAIR acknowledged the officer stating

he knew, and OHAIR claimed he was leaving the property. OHAIR continued to ignore

officer commands to stop and ran towards his vehicle. The officer issued another verbal

command to stop and warned OHAIR that failure to comply would result in OHAIR

being tased. OHAIR then stopped and complied with officer commands. OHAIR was

arrested.

SROs then secured OHAIR's vehicle, which was still running, and observed a

visible box of .22 caliber ammunition on the dashboard. When questioned, OHAIR

advised there was a firearm behind the passenger seat of the vehicle. SROs retrieved the

firearm for safekeeping.

The firearm was identified as a Smith & Wesson, M&P 15-22P, .22 caliber short-

barrel rifle bearing serial number WAM1681. A dowel rod was inserted into the barrel,

marked, and measured. The barrel length was less than 16 inches long; therefore, it is a

short-barrel rifle which is a National Firearms Act (NFA) firearm that can only be

possessed if it is registered in the National Firearms Registration and Transfer Record

(NFRTR). On September 12, 2025, S/A Turner requested an NFRTR check by using

OHAIR's full name, date of birth, and social security number. OHAIR does not have any record of registering any firearms within the NFRTR; therefore, he is in violation of 26 United States Code Section 5861(d) for being in possession of an unregistered NFA firearm.

Based on my training, education, and experience, and the information provided to me, there is probable cause that Kye Lanham OHAIR violated Title 26, United States Code, Section 5861(d), which makes it unlawful for any person to knowingly to receive or possess a short-barreled rifle that is not registered to him in the National Firearms Registration and Transfer Record (NFRTR).

Raymie J. Turner
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 17th day of September 2025.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE